IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

FAITH TECHNOLOGIES, INC., d/b/a
SKC Electric                                                              PLAINTIFF

VS.                              NO. 06-mc-06 HFB

CHARLES G. ALLEN CONTRACTING CO., INC.,
n/k/a CRABTREE, INC.                                                      DEFENDANT

SUMMIT BANK                                                               GARNISHEE

### JUDGMENT AGAINST GARNISHEE

Now on this day this cause comes on to be heard, the above named Plaintiff appearing by its attorneys, Jack, Lyon & Jones, P.A. and the Garnishee states it has funds subject to garnishment in its possession belonging to the Defendants at the time of the service of the Writ of Garnishment in the amount of five thousand one hundred and fifty-two dollars and eighty-three cents ($5,152.83).

**IT IS THEREFORE ORDERED AND ADJUDGED** that Garnishee pay to Plaintiff the sum of $5,152.83 in its possession belonging to the Defendant.

**IT IS FURTHER ORDERED** that upon payment of such sum the Garnishee shall be released from any liability herein.

_____
Hon. Harry F. Barnes
U.S. District Judge

12/22/06
Date

DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JAN 03 2007
CHRIS R. JOHNSON, CLERK

-1-

Prepared By:

/s/ Jack Fink
John W. Fink (82063)
Attorney for Plaintiff