IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

FAITH TECHNOLOGIES, INC.                                                           PLAINTIFF
d/b/a SKC ELECTRIC

VS.                                        CASE NO. 06-MC-00006

CHARLES G. ALLEN                                                                   DEFENDANT
CONTRACTING, CO., INC.
n/k/a CRABTREE, INC.

## ORDER

Before the Court is an Objection to Writ of Execution on Behalf of Defendant, Charles G. Allen Contracting, Company, Inc. n/k/a Crabtree, Inc. (Doc. 17). Plaintiff, Faith Technologies, Inc. d/b/a SKC Electric has responded. (Doc. 18). For reasons discussed in the Memorandum Opinion of even date, the Court finds that Plaintiff's Writ of Execution, (Doc. 12), shall be and hereby is **QUASHED.**

**IT IS SO ORDERED**, this 3rd day of November, 2008.

    /s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge